# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN TURNER,
Appellant,
vs.
WARDEN HDSP; D.W. NEVEN; C/O
HENDLEY; NDOC DIRECTOR COX;
AND HDSP GRIEVANCE
COORDINATOR LEAVITT,
Respondents.

No. 70340



FILED

AUG 10 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order dismissing appellant's complaint. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

Our review of the docketing statement and the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was filed more than thirty days after service of written notice of entry of the judgment or order. *See* NRAP 4(a)(1); NRAP 26(c). The order granting the motion to dismiss was entered January 14, 2015; written notice of entry was served on appellant

SUPREME COURT
OF
NEVADA

(O) 1947A

16-24732

by mail on January 15, 2015. The notice of appeal was filed May 2, 2016. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.[1]

_____Cherry_____, J.
Cherry

_____Douglas_____, J.
Douglas

_____Gibbons_____, J.
Gibbons

Hon. Ronald J. Israel, District Judge
John Elvin Turner
Attorney General/Carson City
Eighth District Court Clerk

---

[1]Appellant's motion to appoint counsel is denied as moot.